[No. 6308–9–III.   Division Three.   April 4, 1985.]

JAMES P. HARTUNG, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 83–2–00838–4, Fred R. Staples, J., entered January 3, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 5885–9–III.   Division Three.   April 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CELIA GARZA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00092–6, Harry Hazel, J. Pro Tem., entered May 27, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 13613–5–I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Petitioner,* v. PAULA JEAN CARR, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00619–4, Gerald L. Knight, J., entered July 16, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Ringold, JJ.

[No. 14540–1–I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY QUENTON JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02766–3, Terrence A. Carroll, J., entered March 8, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Ringold, JJ.